UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Attorney: FRANK LLP

TRUSTPILOT DAMAGES LLC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

                              Plaintiff(s)

- against -

TRUSTPILOT INC., ETANO

                              Defendant(s)

Index # 1:21-CV-00432-JSR

Purchased January 18, 2021
File # 101.97 (CC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 28, 2021 at 11:18 AM at

C/O CT CORPORATION SYSTEM
28 LIBERTY STREET, MESSENGER CENTER
NEW YORK, NY10005

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on TRUSTPILOT INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to GINA MARTINEZ, SECURITY GUARD personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 30 | 5'5 | 135 |

GLASSES

BY SERVING SAME ON IT'S AUTHORIZED AGENT

Sworn to me on: January 29, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | CHRISTOPHER J. KLEIN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | Invoice #: 758148 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045