IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTPILOT DAMAGES LLC, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br> v.<br><br>TRUSTPILOT INC. and TRUSTPILOT A/S,<br><br>   *Defendants*. | Civil Action No. 1:21-cv-00432-JSR |

## SUPPLEMENTAL RULE 7.1 STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Trustpilot, Inc. respectfully supplements its Rule 7.1 Statement filed in this action on February 16, 2021, as follows. Trustpilot Group Plc is now the parent company of Trustpilot A/S. Trustpilot A/S remains the parent company of Trustpilot, Inc.

| | |
|---|---|
| Dated: New York, New York<br>    March 26, 2021 | **MCDERMOTT WILL & EMERY LLP**<br><br>  /s/ *Andrew B. Kratenstein*<br>Andrew B. Kratenstein<br>Caroline A. Incledon<br>Kierstin S. Fowler<br>340 Madison Avenue<br>New York, New York 10173-1922<br>(212) 547-5400<br><br>William P. Donovan, Jr. (admitted *pro hac vice*)<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, California<br>(310) 788-4121<br><br>*Attorneys for Defendant Trustpilot, Inc.* |

.