UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTPILOT DAMAGES LLC, and TUMBACO INC. d/b/a QUASAR EXPEDITIONS, individually and on behalf of all others similarly situated,<br><br>                *Plaintiffs*,<br><br>        v.<br><br>TRUSTPILOT INC.,<br><br>                *Defendant*. | Civil Action No. 1:21-cv-00432-JSR |

## NOTICE OF MOTION TO DISMISS

Defendant Trustpilot, Inc. ("Defendant") hereby files this Notice of Motion pursuant to Rule 2(d) of the Court's Individual Rules of Practice.

PLEASE TAKE NOTICE that Defendant will move this Court, before the Honorable Jed S. Rakoff, at the United States Courthouse, 500 Pearl Street, Courtroom 14-B, New York, New York 10007, on May 5, 2021, at 4:00 pm, or at such other date and time determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), dismissing with prejudice Plaintiffs' Amended Complaint in its entirety, and granting such other relief as the Court deems just and proper.

As directed by the Court, Defendant has filed and served its Motion to Dismiss on April 14, 2021.  Plaintiffs shall file any opposition to this motion on or before April 22, 2021, and Defendant shall file any reply on or before April 30, 2021.  Telephonic oral argument is scheduled for May 5, 2021, at 4:00 pm.

Dated: New York, New York  
       April 14, 2021

**MCDERMOTT WILL & EMERY LLP**

   */s/ Andrew B. Kratenstein*  
Andrew B. Kratenstein  
Caroline A. Incledon  
Kierstin S. Fowler  
340 Madison Avenue  
New York, New York 10173-1922  
(212) 547-5400

William P. Donovan, Jr. (admitted *pro hac vice*)  
2049 Century Park East  
Suite 3200  
Los Angeles, California  
(310) 788-4121

*Attorneys for Defendant Trustpilot, Inc.*