Silverstein Declaration Exhibit 9

(Quasar Subscription Order Form, April 2, 2020)



## Trustpilot - Details of your subscription

| Subscriber info | | Subscriber terms | |
|---|---|---|---|
| Company name: | **Quasar Expeditions** | Quote number: | **Q214139** |
| Contact Name: | Fernando Diez | Quote date: | 02-Apr-2020 |
| Contact email: | fernando@quasarex.com | Quote expiration date: | 04-May-2020 |
| Contact phone: | (305) 395-7227 | Subscription start date: | 30-Jun-2020 |
| Address: | 7855 NW 12th St Ste 207, Miami, Florida 33126-1819 | Subscription duration (# Months): | 12 |
| | | Next renewal date: | 30-Jun-2021 |
| Country: | United States | | |

| Billing info | | Billing terms | |
|---|---|---|---|
| Company: | **Quasar Expeditions** | | |
| Contact Name: | Fernando Diez | Date of first invoice: | **30-Jun-2020** |
| Contact email: | fernando@quasarex.com | Billing frequency: | Quarterly |
| Contact phone: | (305) 395-7227 | Payment terms: | 14 days |
| Address: | 7855 NW 12th St Ste 207, Miami, Florida 33126-1819 | Amount prepaid per invoice: | USD 597.00 |
| Country: | United States | | |

| Account Manager contact details | |
|---|---|
| Name: | **Ross Elder** |
| Email: | **roel@trustpilot.com** |

| Product | Description | Monthly Price | Quantity | Monthly Total |
|---|---|---|---|---|
| Standard Plan | Engage consumers, capture reviews and promote trust when you enhance the Trustpilot Company Profile Page and automatically extend review invitations. | USD 199.00 | 1 | USD 199.00 |
| | | | Total: | USD 2388.00 |

Domain name(s):  quasarex.com

**Subscription signature information**

| | |
|---|---|
| Name: | Fernando Diez |
| Job Title: | Marketing Director |
| Email: | fernando@quasarex.com |
| Phone: | (305) 395-7227 |

**I accept the Service Subscription Agreement

**By accepting this quote, you agree to the terms and conditions in our Service Subscription Agreement which can be viewed below. If you accept this quote on behalf of a company or other legal entity or person, your acceptance also represents that you have the authority to bind such entity or person to the terms of this quote, including the Service Subscription Agreement.

Service Subscription Agreement

**Trustpilot Inc.,**
**245 Fifth Avenue, 5th floor,**
**New York, NY 10016,**
**USA**