**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTPILOT DAMAGES LLC, et al.,

                Plaintiffs,

    -against-                         21 **CIVIL** 432 (JSR)

                                              **JUDGMENT**

TRUSTPILOT, INC.,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 29, 2021, for the foregoing reasons, the Court hereby dismisses the Amended Complaint in its entirety and with prejudice.

**Dated:** New York, New York

        June 30, 2021

                                                                             **RUBY J. KRAJICK**
                                                                             **Clerk of Court**

                                                     **BY:**
                                                                             **Deputy Clerk**