UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTPILOT DAMAGES LLC, et al.,<br><br>    Plaintiffs,<br><br>    -against-<br><br>TRUSTPILOT, INC.,<br><br>    Defendant. | 21-cv-432 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

   Plaintiffs' motion for partial reconsideration (ECF No. 35), essentially a rehash of arguments previously made, is hereby denied.

   SO ORDERED.

Dated:   New York, NY

         October 14, 2021

_____
JED S. RAKOFF, U.S.D.J.

1